IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:11-CV-1041-J-25JBT

JEFFREY and JOANNA TOTH

    Plaintiffs,

v.

STELLAR RECOVERY, INC.,

    Defendant.

_____

**DEFENDANT STELLAR RECOVERY, INC.'S
FEDERAL RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT
AND NOTIFICATION AS TO AFFILIATES**

    Defendant, STELLAR RECOVERY, INC., through undersigned counsel, and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

    1.    Fed. R. Civ. P. 7.1(a) provides: "A non-governmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

    2.    Stellar Recovery, Inc. is a Florida corporation. Stellar Recovery, Inc. is wholly privately owned.

Respectfully submitted,

/s/ *Sarah L. Shullman*

_____
Sarah L. Shullman, Esq.
Florida Bar No. 0888451
Law Offices of Sarah Shullman, P.A.
12230 Forest Hill Boulevard, Suite 110-E
Wellington, FL 33414
Phone:  (561) 227-1545
Facsimile: (561) 227-1510
sarah@shullmanlaw.com
*Trial Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2011, I electronically filed the foregoing **DEFENDANT'S FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to Alex D. Weisberg at aweisberg@attorneysforconsumers.com, counsel for Plaintiff.

> Alex D. Weisberg
> Florida Bar No. 0566551
> aweisberg@attorneysforconsumers.com
> Weisberg & Meyers, LLC
> 5722 S. Flamingo Rd., Ste. 656
> Cooper City, FL 33330
> (954) 212-2184
> (866) 577-0963 fax

/s/ *Sarah L. Shullman*

_____
Sarah L. Shullman
*Trial Counsel for Defendant*